```
            IN THE UNITED STATES DISTRICT COURT
                 SOUTHERN DISTRICT OF OHIO
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

                                      Case No. 2:14cr-127

     vs.                                         2:15cr-80

**RASHAD LISTON,**

                                        JUDGE MARBLEY

       **Defendant.**


## RASHAD LISTON'S EXHIBIT LIST

   Rashad Liston, by and through counsel hereby submits the following:

1. Rashad Liston stands on his plea of not guilty. His intention is to hold the government to its burden. To that extent, Rashad Liston does not have any exhibits.
2. Rashad Liston , with leave of Court, reserves the right to create exhibits (from discovery) , if needed , during the course of trial.


                                        Respectfully submitted,

                                        <u>/s/ Isabella Dixon</u>
                                        **ISABELLA DIXON   #0039650**
                                        **98 HAMILTON PARK**
                                        **Columbus, Ohio 43203**
                                        **(614) 732-5390**
                                        ithomas229@gmail.com
                                      **COUNSEL FOR RASHAD LISTON**

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing NOTICE has been served upon all parties of record electronically this 25th day of March, 2016.

                                    /s/Isabella Dixon
                                      Isabella Dixon
                                      Attorney for Rashad Liston