# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**RASHAD LISTON,**

    **Petitioner,**

    v.

**UNITED STATES OF AMERICA,**

    **Respondent.**

CASE NO. 2:20-CV-3538
CRIM. NO. 2:14-CR-00127
**CHIEF JUDGE ALGENON L. MARBLEY**
Chief Magistrate Judge Elizabeth P. Deavers

## ORDER

On October 9, 2020, the Magistrate Judge issued a Report and Recommendation recommending that the Motion to Vacate under 28 U.S.C. § 2255 be dismissed for failure to prosecute. (ECF No. 1676.) Although the parties were advised of the right to file objections to the Magistrate Judge's Report and Recommendation, and of the consequences of failing to do so, no objections have been filed.

The Report and Recommendation (ECF No. 1676) is **ADOPTED** and **AFFIRMED.** The Motion to Vacate under 28 U.S.C. § 2255 (ECF No. 1667) is **DISMISSED.**

Petitioner has waived his right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

    **IT IS SO ORDERED**.

_____
**ALGENON L. MARBLEY**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: November 16, 2020**